# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ALASKA

## Request for Modification of Conditions or Term of Supervised Release
## With Consent of the Offender

**Name of Offender:** Joshua Jermaine Haynes   **Case Number:** 3:13-CR-00079-07-RRB

**U.S. Marshals Service No.:** 60611-018

**Sentencing Judicial Officer:** Ralph R. Beistline, Senior U.S. District Judge

**Date of Original Sentence:** June 25, 2015

**Original Offense:** Drug Conspiracy in violation of 21 U.S.C. § 846(a)(1), with penalty provisions at 21 U.S.C. § 841(b)(1)(b)

**Original Sentence:** 30 months imprisonment, four years supervised release, with mandatory, standard, and special conditions to include a $100.00 special assessment

**Date Supervision Commenced:** May 3, 2017

**Assistant U.S. Attorney:** Kyle Reardon

**Defense Attorney:** Gary Colbath

## PETITIONING THE COURT

[ ] To extend the term of probation for _____ year, for a total term of _____ years.

[ X ] To modify the conditions of supervised release as follows: The defendant shall participate and complete the Moral Reconation Therapy (MRT) at the direction of the probation officer and must be approved by the United States Probation Office. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.

## CAUSE

On April 5 and 10, 2017, the defendant submitted drug tests that were confirmed positive for the presence of marijuana. The defendant admitted to smoking marijuana following his testimony before a State of Alaska grand jury and other events in his life, which he felt to be overwhelming. The defendant has submitted subsequent drug tests that has resulted in negative readings.

The defendant has been counseled by this officer of the appropriate reaction when events in his life becoming overwhelming and that using marijuana is not an acceptable response. Furthermore, the defendant had completed a substance abuse outpatient program June, 2016 and following a relapse September, 2016.

Request for Modification of Conditions or Term of Supervised Release
 With Consent of the Offender
Name of Offender        HAYNES, Joshua Jermaine
Case Number

The defendant has agreed to the modification which requires the defendant to engage and complete a MRT program. Information regarding an MRT program promotes cognitive-behavioral, step-by-step treatment strategy designed to enhance self-image, promote growth of a positive, productive identity, and facilitate the development of higher stages of moral reasoning. This officer is hopeful that as the defendant engages and participates in an MRT program, he will be able to self-reflect, and learn to understand how his former ways of dealing with life's issues will continue to lead down a path that could include incarceration. If the defendant relapses or there are any other known non-compliance issues, this officer will notify the Court accordingly.

Respectfully submitted,

s/Toni M. Ostanik
Toni M. Ostanik
U.S. Probation Officer
Date: May 3, 2017

Approved by:

s/Travis Lyons
Travis Lyons
Supervising U.S. Probation Officer

PROB49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

U.S.A. v. Joshua Jermaine Haynes     Case: 3:13-CR-00079-07-RRB

I, Joshua Jermaine Haynes, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

1. The defendant shall participate in Moral Reconation Therapy (MRT) at the direction of the probation officer and must be approved by the United States Probation Office. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.

Signed: _____  Date: 4/24/17
Joshua Jermaine Haynes
Probationer or Supervised Releasee

Witness: _____  Date: 4/24/2017
Toni M. Ostanik
U.S. Probation Officer