BRYAN SCHRODER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00079 |
| Plaintiff, | ) |
| vs. | ) OPPOSITION TO EARLY |
| | ) TERMINATION OF SUPERVISED |
| JOSHUA HAYNES, | ) RELEASE |
| Defendant. | ) |

COMES NOW the United States Attorney and the undersigned counsel for the United States of America and hereby files an opposition to the defendant's motion for early termination of supervised release.

On February 2, 2015, the defendant agreed to a plea agreement with out a set recommendation of a sentence but where he also agreed to a term of supervised release for as few as four years and as long as life. On June 25, 2015, the defendant was sentenced to 30 months imprisonment, to be followed by four years of

supervised release.

The defendant began his four year term of supervised release on June 20, 2016. On March 14, 2017, the defendant violated his supervised release due to an incident involving firearms. See Docket 788. This was less than one year in to his term of supervised release. The defendant was charged with a firearm offense by the State of Alaska and a petition to revoke his probation was filed. Based on the undersigned attorney's review of the file it does not appear that the petition at Docket 788 has been resolved yet.

Undersigned counsel is opposed to an early release. The defendant has spent less than two years on supervised release. In addition, he has an unresolved petition to revoke his supervised release due to allegations of firearm use and possession.

Undersigned counsel spoke with the defendant's assigned supervisor from the U.S. Probation Office, but at the date of this filing she had not provided a recommendation.

RESPECTFULLY SUBMITTED May 21, 2018, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kelly Cavanaugh
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America

U.S. v. Haynes
3:13-cr-00079

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, a true and correct copy of the foregoing was served on the following:

All Counsel of Record and

Joshua Haynes
1265 Citadel Circle
Fairbanks, AK 99709

s/   Kelly Cavanaugh
Office of the U.S. Attorney

U.S. v. Haynes
3:13-cr-00079