IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00079-07-RRB |
| Plaintiff, | |
| vs. | **ORDER** |
| JOSHUA J. HAYNES, | |
| Defendant. | |

Defendant's Motion or Early termination of Supervised Release is hereby DENIED for the reasons set forth by the Government at Docket 837.

IT IS SO ORDERED this 23rd day of May, 2018, at Anchorage, Alaska.

_____ /s/ Ralph R. Beistline _____
RALPH R. BEISTLINE
Senior United States District Judge